IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: October 2, 2008 |
| Therese Lindblom, Court Reporter | |

Civil Action No.     08–cv–01639–EWN–BNB

| *Parties:* | *Counsel:* |
|---|---|
| GALLAGHER'S NYC STEAKHOUSE FRANCHISING, INC., | Leonard MacPhee |
| Plaintiff, | |
| v. | |
| 1020 15TH STREET, INC., and BRUCE RAHMANI | Peter Forbes |
| Defendants. | |

---

## COURTROOM MINUTES

---

**Evidentiary Hearing Regarding Motion for Preliminary Injunction**

**9:07 a.m.**     Court in session.

Court calls case and appearances. Also seated at Plaintiff's table are New York counsel David Oppenheim and Plaintiff's Chief Operating Officer, Philip David.

Court admonishes Mr. Forbes for the late filing of his response to Plaintiff's motion for preliminary injunction.

Opening argument by Mr. MacPhee.

Opening argument by Mr. Forbes.

9:36 a.m.        Plaintiff's witness, Philip David, called and sworn.

Direct examination by Mr. MacPhee.

*Exhibits Identified: 1, 2, 3, 32, 33, 31*

*Exhibits Received: 1, 2, 3, 32, 33, 31*

**10:31 a.m.**     Court in recess.

**10:51 a.m.**     Court in session.

Witness, Philip David, resumes witness stand.

Continued direct examination by Mr. MacPhee.

*Exhibits Identified: 4, 5, 34, 6, 35, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19*

*Exhibits Received: 4, first page of Exhibit 5, 34, 6, 35, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18*

Discussion regarding time needed for presentation of case and time allotted for this hearing. Mr. Forbes asks that one of his witnesses be taken out of turn. Court agrees.

11:47 a.m.     Defendant's witness, J. Guadalupe Gonzalez, called and sworn.

Direct examination by Mr. Forbes.

11:51 a.m.     Cross examination by Mr. MacPhee.

11:52 a.m.     Witness is excused.

11:52 a.m.     Plaintiff's witness, Philip David, resumes witness stand.

Continued direct examination by Mr. MacPhee.

*Exhibits Identified: 20, 21, 22, 23, 24, 25, 26, 27, 28, 30*

*Exhibits Received: 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 30*

**12:09 p.m.**     Court in recess.

**12:43 p.m.**     Court in session.

Cross examination by Mr. Forbes.

1:12 p.m.     Re-direct examination by Mr. MacPhee.

1:22 p.m.     Witness is excused.

Plaintiff rests.

1:23 p.m.     Defendant's witness, Gayle Ellis, called and sworn.

Direct examination by Mr. Forbes.

*Exhibit Identified: A-19*

*Exhibit Received: A-19*

1:29 p.m.     Cross examination by Mr. MacPhee.

1:32 p.m.     Re-direct examination by Mr. Forbes.

Witness is excused.

1:33 p.m.     Defendant's witness, Sarah Barrs, called and sworn.

Direct examination by Mr. Forbes.

1:37 p.m.     Witness is excused.

1:38 p.m.     Defendant's witness, Bruce Rahmani, called and sworn.

Direct examination by Mr. Forbes.

*Exhibits Identified: A-4, A-8, A-21, A-17*

*Exhibits Received: A-21, A-17*

2:17 p.m.       Cross examination by Mr. MacPhee.

2:52 p.m.       Re-direct examination by Mr. Forbes.

Court's observations and directions for arguments.

2:54 p.m.       Closing argument by Mr. MacPhee.

**3:15 p.m.**   Court in recess.

**3:47 p.m.**   Court in session.

3:47 p.m.       Closing argument by Mr. Forbes.

**3:59 p.m.**   Court in recess.

**4:02 p.m.**   Court in session.

Rebuttal argument by Mr. MacPhee.

4:07 p.m.       Court's findings.

**ORDERED:  1.     The Plaintiff's Motion for Preliminary Injunction (#2, filed August 1, 2008) is GRANTED.  The court will issue the preliminary injunction which will enjoin the defendants and people operating in concert with them, from using the Gallagher's trademark, trade dress, manuals, or any other parts of the so-called Gallagher's system.  Mr. Rahmani is enjoined from violating the non-compete clause by operating a steakhouse at the present location or at any other location within the defined geographical area for two years.**

Court directs counsel to prepare a written preliminary injunction to submit to the court.

Discussion regarding issue of bond.

**ORDERED:  2.     A bond of $500,000 shall be posted until 2:00 p.m. on Monday, October 6, 2008.**

Court confirms Mr. Forbes statement that the preliminary injunction becomes effective upon notification that bond has been posted.

**ORDERED: 3. A hearing on the issue of bond is set for October 6, 2008, at 2:00 p.m.**

**5:05: p.m.** Court in recess.

Hearing concluded.

Total time in court: 06:29