IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Case No. 08–cv–01639–EWN

GALLAGHER'S NYC STEAKHOUSE FRANCHISING, INC.,

    Plaintiff,

v.

1020 15TH STREET, INC., and
BRUCE RAHMANI

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial/hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED this 2nd day of October, 2008.

BY THE COURT:

_____
EDWARD W. NOTTINGHAM
Chief United States District Judge

_____     _____
Counsel for Plaintiff                         Counsel for Defendant