IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01639-EWN-BNB

GALLAGHER'S NYC STEAKHOUSE FRANCHISING, INC.

                Plaintiff,

v.

1020 15th STREET, INC.
AND BRUCE RAHMANI,

                Defendants.

---

**PRELIMINARY INJUNCTION**

---

The Court has considered the above-entitled and numbered cause of action between Plaintiff Gallagher's NYC Steakhouse Franchising, Inc. ("Gallagher's") and Defendants 1020 15th Street, Inc. and Bruce Rahmani. After reviewing Plaintiff's Complaint, Motion for Preliminary Injunction, supporting declaration and attachments, the Response, and hearing evidence the court enters this preliminary injunction. Based on the Court's findings and conclusions as stated on the record at the conclusion of the hearing on October 2, 2008, which findings and conclusions are incorporated herein by reference;

**IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1.     A Preliminary Injunction is entered enjoining Defendants, and any and all entities in which they have a direct or beneficial interest, and any and all persons or entities working in concert with them as follows:

        i.     From directly or indirectly at any time or in any manner operating or doing business under any name or in any manner which might tend to give the

general public the impression that defendants are operating a Gallagher's Restaurant, or any business similar thereto; by using, in any manner, or for any purpose, directly or indirectly, any of Gallagher's Proprietary Marks, confidential information, trade secrets, procedures, forms, techniques know-how or materials acquired by Defendants by virtue of the relationship established by the Franchise Agreement; by using any telephone number listed in any telephone directory under the names "Gallagher's", "Gallagher's Steakhouse" or any similar designation or directory listing which relates to the franchised Restaurant; and, by using any of the components, specifications and standards which comprise a part of the Gallagher's System;

ii. From failing to take such action as may be necessary to cancel assumed name or equivalent registration which contains the Proprietary Mark "Gallagher's;"

iii. From failing to immediately deliver to Gallagher's all manuals (including the Operational Manual and Supplements thereto) furnished to the defendants; all documents which bear Gallagher's Proprietary Marks, slogans, insignias, or designs; all forms of other materials of property of Gallagher's, and any copies thereof;

iv. From failing to cease and desist from use of the telephone number(s) listed in the Yellow Pages or White Pages of any telephone directory under the name "Gallagher's", "Gallagher's Restaurant", "Gallagher's Steakhouse" or any other confusingly similar name.

     v.  From failing to comply with the restrictions pertaining to the use of Gallagher's confidential information, trade secrets and know-how set forth in Article 13 of the Franchise Agreement;

  2.  A Preliminary Injunction is entered enjoining Defendants, and any and all entities in which they have a direct or beneficial interest, and any and all persons or entities working in concert with them as follows:

     i.  From violating the covenant not to compete in the parties' Franchise Agreement by directly or indirectly engaging in any other steakhouse restaurant business within 15th Street's former Territory, within 50 miles of the perimeter of 15th Street's former Territory, or within 50 miles of the perimeter (or within) any Gallagher's Restaurant Territory (whether company-owned, franchised or otherwise established and operated) for a period of two years immediately following the Effective Date of this Order.

  3.  A Preliminary Injunction is entered enjoining Defendants from effecting assignments or transfers, forming new entities or associations, or utilizing any other device for the purpose of circumventing or otherwise avoiding the directives of the injunction.

  4.  A Preliminary Injunction is entered directing the Defendants to file a verified report with the Court within thirty days setting forth all actions taking by the defendants to comply with the injunction and the dates such actions were taken.

  5.  A Preliminary Injunction is entered directing Defendants to provide an accounting of the gross sales and expenses experienced by them using the Gallagher's trademarks, System and trade dress after June 19, 2008 until defendants comply with this Order.

6. This Preliminary Injunction will take effect on October 7, 2008 ("Effective Date") at 5:00 p.m. by agreement and in exchange for this agreement, Defendants are waiving the requirement that a bond be posted in connection with this Preliminary Injunction.

SO ORDERED this 8th day of October, 2008.

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge