# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: November 25, 2008 |
| Court Reporter: Janet Coppock | Time: 4 hours and 20 minutes |

**CASE NO. 08-cv-01639-PAB-BNB**

| Parties | Counsel |
|---|---|
| **GALLAGHER'S NYC STEAKHOUSE FRANCHISING, INC.,** | Leonard MacPhee<br>Dave Oppenheimer |
| Plaintiff (s), | |
| vs. | |
| **1020 15th STREET, INC., and BRUCE RAHMANI,** | Peter Forbes<br>Stuart Mann |
| Defendant (s). | |

## HEARING ON MOTIONS FOR CONTEMPT, SANCTIONS AND TO CONSOLIDATE

**9:07 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.  Also present is Defendant Bruce Rahmani.

Stuart Mann is present on behalf of J. Guadalupe Gonzalez, who was served with a subpoena in this matter.

08-cv-01639-PAB-BNB
November 25, 2008

**Plaintiff's Motion to Consolidate (Doc #18), filed 9/29/08.**

**Plaintiff's Motion for Contempt and for Sanctions (Doc #29), filed 10/10/08.**

**Motion to Quash or Modify Subpoena by J. Guadalupe Gonzalez (Doc #49), filed 11/25/08.**

**ORDERED:** Defendant's request for sanctions is **DENIED**, pursuant to Local Rule 7.1 (c).

Comments by Mr. Mann in support of the Motion to Quash or Modify Subpoena by J. Guadalupe Gonzalez.

Comments by Mr. MacPhee.

**ORDERED:** Motion to Quash or Modify Subpoena by J. Guadalupe Gonzalez (Doc #49), filed 11/25/08 will be referred to Magistrate Judge Boland for resolution.

**9:19 a.m.**     Opening statements by Mr. MacPhee.

**9:26 a.m.**     Opening statements by Mr. Forbes.

**9:34 a.m.**     Direct examination of plaintiff's witness Gayle Ellis by Mr. MacPhee.

Plaintiff's **exhibits 15 and 7** identified, offered and ADMITTED.

Plaintiff's **exhibits 5 and 6** identified, offered and ADMITTED.

Plaintiff's **exhibits 9 and 10** identified, offered and ADMITTED.

Plaintiff's **exhibit 20** identified, offered and ADMITTED.

**9:54 a.m.**     Cross examination by Mr. Forbes.

Defendant's exhibit A1 identified, offered and ADMITTED.

Witness excused.

Page Three
08-cv-01639-PAB-BNB
November 25, 2008

**10:03 a.m.**   Direct examination of plaintiff's witness J. Guadalupe Gonzalez by Mr. MacPhee.

Plaintiff's **exhibit 8** identified, offered and ADMITTED.

Plaintiff's **exhibit 11** identified, offered and ADMITTED.

Plaintiff's **exhibit 14** identified, offered and ADMITTED.

Plaintiff's **exhibit 12** identified, offered and ADMITTED.

Plaintiff's **exhibit 13 (pages, 1, 2, 3, 4 and 8)** identified, offered and ADMITTED.

**10:46 a.m.**   Cross examination by Mr. Forbes.

**11:00 a.m.   COURT IN RECESS**

**11:16 a.m.   COURT IN SESSION**

Witness excused.

**11:17 a.m.**   Direct examination of plaintiff's witness Steven Glenn by Mr. MacPhee.

**11:20 a.m.**   Cross examination by Mr. Forbes.

Witness excused.

Plaintiff rests.

**11:25 a.m.**   Direct examination of defendant Bruch Rahmani by Mr. Forbes.

Defendants' **exhibits A4 and A5** identified, offered and ADMITTED.

Defendants' **exhibit A12 (pages 3 and 4)** identified, offered and ADMITTED over objection by Mr. MacPhee.

Defendants' **exhibit A14** identified, offered and ADMITTED.

Defendants' **exhibit A17** identified, offered and ADMITTED.

**11:42 a.m.**   Cross examination by Mr. MacPhee.

**11:47 a.m.**   Redirect examination by Mr. Forbes.

Defendants' **exhibit A15 (excluding page 2)** identified, offered and ADMITTED.

**12:05 p.m.**   **COURT IN RECESS**

**1:18 p.m.**   **COURT IN SESSION**

Defendants' **exhibit A16** identified, offered and ADMITTED.

**1:19 p.m.**   Direct examination of defendants' witness Horace Devine by Mr. Forbes.

Defendants' **exhibit A19** identified, offered and ADMITTED as illustrative.

**1:37 p.m.**   Cross examination by Mr. MacPhee.

**1:47 p.m.**   Redirect examination by Mr. Forbes.

Witness excused.

Defendants rests.

**1:50 p.m.**   Argument by Mr. MacPhee.  Questions by the Court.

**2:17 p.m.**   Argument by Mr. Forbes.  Questions by the Court.

**2:44 p.m.**   Rebuttal argument by Mr. MacPhee.

**ORDERED:**   Plaintiff's Motion for Contempt and for Sanctions (Doc #29), filed 10/10/08 is taken under advisement.  Written order shall issue.

**ORDERED:**   Plaintiff's Motion to Consolidate (Doc #18), filed 9/29/08 is **GRANTED.** Civil Action Numbers 08-cv-01639-PAB-BNB and 08-cv-01896-WYD-KLM are consolidated under Civil Action Number 08-cv-01639-PAB-BNB.

**ORDERED:**   Defendants' Oral Motion to File Response to Plaintiff's Motion to Dismiss is **GRANTED**.  Defendants' response to Plaintiff's Motion to Dismiss is due no later than **5:00 p.m.** on **November 26, 2008.**

**2:56 p.m.    COURT IN RECESS**

**Total in court time:        260 minutes**

**Hearing concluded**