IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01639-PAB-BNB
(consolidated with Civil Action No. 08-cv-01896-WYD-KLM)

GALLAGHER'S NYC STEAKHOUSE FRANCHISING, INC.,

Plaintiff,

v.

1020 15th STREET INC., and
BRUCE RAHMANI,

Defendants.

---

**ORDER**

---

This matter arises on the **Motion for Leave to File First Amended Complaint** [Doc. # 54, filed 12/2/2008] (the "Motion to Amend"). Opposing counsel takes no position on the Motion to Amend

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the First Amended Complaint [Doc. # 54-2].

Dated December 10, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge