IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01639-PAB-BNB
(Consolidated with Civil Action No.08-cv-01896-WYD-KLM)

GALLAGHER'S NYC STEAKHOUSE FRANCHISING, INC.,

Plaintiff,

v.

1020 15TH STREET INC., and
BRUCE RAHMANI,

Defendants,

and

1025 15TH STREET, INC.,

Plaintiff,

v.

GALLAGHER'S STEAKHOUSE-GRAND CENTRAL OYSTER BAR FRANCHISING, INC.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    Pursuant to the filing of the Stipulation Re: Motion to Quash or Modify Subpoena [docket no. 60, filed December 10, 2008],

    IT IS ORDERED that the **Motion to Quash or Modify Subpoena** [docket no. 49, filed November 25, 2008] is DENIED AS MOOT.

    IT IS FURTHER ORDERED that the motions hearing set for December 15, 2008, is **VACATED**.

DATED: December 11, 2008