IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 08-cv-01639-PAB-BNB
  (Consolidated with Civil Action No. 08-cv-01896-PAB-BNB)

GALLAGHER'S NYC STEAKHOUSE FRANCHISING, INC.,

    Plaintiff,

v.

1020 15th STREET, INC. and
BRUCE RAHMANI,

    Defendants.
_____

Civil Action No. 08-cv-01896-PAB-BNB

1020 15th STREET, INC.,

    Consolidated Plaintiff,

v.

GALLAGER'S (sic) STEAKHOUSE-GRAND CENTRAL
OYSTER BAR FRANCHISING, INC.,

    Consolidated Defendant.
_____

**ORDER SETTING CASE FOR TRIAL**
_____

    This matter has been scheduled for a two-day trial to the court on the docket of

Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor,

901 19th Street, Denver, Colorado, to commence on **February 1, 2010 at 8:00 a.m.**

A Trial Preparation Conference is set for **January 15, 2010 at 1:30 p.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED July 10, 2009.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge